**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Andrew Wayne Alexas  
<u>Debtor(s)</u>

CHAPTER 13

BKY. NO. 22-21975 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ **Brian C. Nicholas**  
Brian Nicholas  
21 Oct 2022, 06:38:12, EDT

Brian C. Nicholas, Esq. (317240) ☑  
Denise Carlon, Esq. (317226) ☐  
KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
412-430-3594  
bkgroup@kmllawgroup.com