IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 22-21975-GLT |
| Andrew Wayne Alexas, | : | |
| Debtor(s) | : | |
| Andrew Wayne Alexas, | : | Chapter 13 |
| Movant(s) | : | |
| | : | Related to Document No. |
| v. | : | |
| Paramount Senior Living, | : | |
| Respondent(s) | : | |

## CERTFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the Court Order to Pay Trustee Pursuant to Wage Attachment Dated October 21, 2022 and a completed Local Bankruptcy Form 12 on each party listed below by first class U.S. mail on October 24, 2022.

Paramount Senior Living
Attn: Payroll Manager
240 Cedar Hill drive
McMurray, PA  15317

Attorney for Movant(s):
Rice & Associates Law Firm
/s/ David A Rice, Esq.
15 West Beau Street
Washington, PA  15301
724-225-7270
ricelaw1@verizon.net
PA ID#  50329