**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/24/2026

IN RE:

ANDREW WAYNE ALEXAS                          Case No.22-21975 GLT
478 EAST MCMURRAY ROAD
MCMURRAY,  PA  15317                          Chapter 13
XXX-XX-0538          Debtor(s)

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

---

        NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

        This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

        This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  **Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above, will be deemed allowed for purposes of distribution and <u>shall be paid</u> unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee. If you believe your claim will be adversely impacted, you should object to this Notice.**

        The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.  In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/24/2026

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | | |
|---|---|---|---|
| **WH BURKLEY LLP(*)** | Trustee Claim Number:1 | INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 601 GRANT ST - 9TH FL | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM: 0.00 | | |
| PITTSBURGH, PA 15219 | COMMENT: DUQ LITE/PRAE | | |

| | | | |
|---|---|---|---|
| **CAVALRY SPV I LLC - ASSIGNEE(*)** | Trustee Claim Number:2 | INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O CAVALRY PORTFOLIO SERVICES LLC* | Court Claim Number:4 | | ACCOUNT NO.: 2142 |
| PO BOX 27288 | | | |
| | CLAIM: 9,882.51 | | |
| TEMPE, AZ 85282 | COMMENT: $/CL-PL@0%/PL*CITIBANK*JUDGMENT 2020-1174 | | |

| | | | |
|---|---|---|---|
| **CAVALRY SPV I LLC - ASSIGNEE(*)** | Trustee Claim Number:3 | INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O CAVALRY PORTFOLIO SERVICES LLC* | Court Claim Number:5 | | ACCOUNT NO.: 4098 |
| PO BOX 27288 | | | |
| | CLAIM: 9,966.86 | | |
| TEMPE, AZ 85282 | COMMENT: $/CL-PL@0%/PL*CITIBANK*JUDGMENT 2020-5997 | | |

| | | | |
|---|---|---|---|
| **DISCOVER BANK(*)** | Trustee Claim Number:4 | INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number:1 | | ACCOUNT NO.: 1650 |
| PO BOX 3025 | | | |
| | CLAIM: 0.00 | | |
| NEW ALBANY, OH 43054-3025 | COMMENT: 16538.07@0%/PL*CL=$0*W/12 | | |

| | | | |
|---|---|---|---|
| **LAKEVIEW LOAN SERVICING LLC** | Trustee Claim Number:5 | INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| C/O M & T BANK | Court Claim Number:6-2 | | ACCOUNT NO.: 3530 |
| ATTN TRUSTEE PAYMENT CTR | | | |
| PO BOX 1288 | CLAIM: 0.00 | | |
| BUFFALO, NY 14240-1288 | COMMENT: PMT/DCLAR*1428.76/PL*DKT4PMT-LMT*1ST*BGN 11/22*AMD | | |

| | | | |
|---|---|---|---|
| **PETERS TOWNSHIP SD (PETERS TWP)(RE)** | Trustee Claim Number:6 | INT %: 10.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC - CURR YR CLLCTR | Court Claim Number: | | ACCOUNT NO.: 3700 |
| 102 RAHWAY RD | | | |
| | CLAIM: 1,105.00 | | |
| MCMURRAY, PA 15317 | COMMENT: 54-8-37*$@10%/PL*NO YRS~PETERS TWP SD~BORO?/SCH | | |

| | | | |
|---|---|---|---|
| **WELTMAN WEINBERG & REIS CO LPA**** | Trustee Claim Number:7 | INT %: 0.00% | CRED DESC: NOTICE ONLY |
| ATTN CH 13 BANKRUPTCY NOTICES | Court Claim Number: | | ACCOUNT NO.: |
| 5990 WEST CREEK RD STE 200 | | | |
| | CLAIM: 0.00 | | |
| INDEPENDENCE, OH 44131 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **US DEPARTMENT OF EDUCATION** | Trustee Claim Number:8 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O NELNET | Court Claim Number:3 | | ACCOUNT NO.: 0538 |
| PO BOX 2837 | | | |
| | CLAIM: 1,384.05 | | |
| PORTLAND, OR 97208 | COMMENT: 5639/SCH | | |

| | | | |
|---|---|---|---|
| **DEPARTMENT OF EDUCATION/NELNET** | Trustee Claim Number:9 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN: CLAIMS | Court Claim Number: | | ACCOUNT NO.: 5739 |
| PO BOX 82505 | | | |
| | CLAIM: 0.00 | | |
| LINCOLN, NE 68501 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **RECEIVABLE MANAGEMENT SERVICES++** | Trustee Claim Number:10 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 240 EMERY ST | Court Claim Number: | | ACCOUNT NO.: 6298 |
| | CLAIM: 0.00 | | |
| BETHLEHEM, PA 18015 | COMMENT: PROGRESSIVE/SCH | | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:2 | ACCOUNT NO.:  6478 |
| PO BOX 10587 | | |
| | CLAIM:  0.00 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  NT/SCH*CAP ONE*CL @ 718.20 W/DRAWN-DOC 20*/OE-DOC 24 | |

| | | |
|---|---|---|
| **DISCOVER BANK(*)** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED   (S) |
| C/O DISCOVER PRODUCTS INC | Court Claim Number:1 | ACCOUNT NO.:  1650 |
| PO BOX 3025 | | |
| | CLAIM:  16,538.07 | |
| NEW ALBANY, OH  43054-3025 | COMMENT:  CL1GOV~UNSEC(S)*NO GEN UNS/SCH*W/4*DK | |

| | | |
|---|---|---|
| **KML LAW GROUP PC*** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  LAKEVIEW LN/PRAE | |

| | | |
|---|---|---|
| **LAKEVIEW LOAN SERVICING LLC** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O M & T BANK | Court Claim Number:6-2 | ACCOUNT NO.:  3530 |
| ATTN TRUSTEE PAYMENT CTR | | |
| PO BOX 1288 | CLAIM:  41,526.03 | |
| BUFFALO, NY  14240-1288 | COMMENT:  43031.31/PL*1ST*THRU 10/22*AMD | |

| | | |
|---|---|---|
| **PETERS TOWNSHIP (TRASH)** | Trustee Claim Number:15  INT %:  10.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC-CUR/DLNQ YR | Court Claim Number:7 | ACCOUNT NO.:  3700 |
| 102 RAHWAY RD | | |
| | CLAIM:  1,384.57 | |
| MCMURRAY, PA  15317 | COMMENT:  540-008-00-00-0037-00;THRU 10/6/22*CL7 GOV*NT/SCH-PL*WNTS 10%~BGN 2/23*W/ | |

| | | |
|---|---|---|
| **PETERS TOWNSHIP (TRASH)** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC-CUR/DLNQ YR | Court Claim Number:7 | ACCOUNT NO.:  3700 |
| 102 RAHWAY RD | | |
| | CLAIM:  319.26 | |
| MCMURRAY, PA  15317 | COMMENT:  540-008-00-00-0037-00;THRU 10/6/22*NON%*CL7 GOV*NT/SCH-PL*W/15 | |