5/19/26 6:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Andrew Wayne Alexas | ) | |
| | ) | **Case No. 22-21975 GLT** |
| | ) | |
| | ) | **Chapter 13** |
| | ) | |
| Debtor(s). | ) | Related Dkt.No. 59 |
| _____X | | |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐　　　a motion to dismiss case or certificate of default requesting dismissal

☒　　　a plan modification sought by:　Andrew Wayne Alexas

☐　　　a motion to lift stay
　　　as to creditor　_____

☒　　　Other:　　　The plan is being modified to provide for the proper plan treatment of
　　　　　　　creditors at CID #6 and CID #15 (filed POC #7).

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

　　　Chapter 13 Plan dated　_____
☒　　Amended Chapter 13 Plan dated　　　December 21, 2022

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐　　　Debtor(s) Plan payments shall be changed from $_____ to
　　　$_____ per Month, effective _____; and/or the Plan term shall be changed
　　　from ___ months to ___ months.　　　　　　　　　　.

-1-

❑ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑ Debtor(s) shall file and serve _____ on or before _____.

❑ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other:  The Debtor's prior plan provided for the payment of a secured tax claim to Peters Township School District for a municipal lien in the amount of $1,105.00 with an interest rate of 10%. The Trustee created a payment record for the creditor (who did not file a POC) at CID #6. The Trustee disbursed the amount of $1,057.01 to the creditor at CID #6 on 3/25/2026. The parties agree that the disbursement was made for a claim that is not a liability of the Debtor. The creditor has agreed to return the check or refund that amount to the Trustee. The parties agree that the secured tax claim of Peters Township at CID #15, filed CL#7 shall govern as to amount, classification and rate of interest. Based on the foregoing, Trustee consents to closing off the record of Peters Township SD at CID #6 and shall, in accordance with this Order, do so.

.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

**SO ORDERED**, this 19th day of  May            , 2026


Dated: _____         _____
                                      United States Bankruptcy Judge



Stipulated by:                        Stipulated by:

 /s/ Scott R. Lowden                   /s/ James Warmbrodt
Scott R. Lowden - Counsel to Debtor   James Warmbrodt, Esq.
PA ID 72116                           Counsel to Chapter 13 Trustee
100 Heathmore Avenue                  600 Grant Street
Pittsburgh, PA 15227                  Suite 3250 US Steel Tower
(412) 292-4254                        Pittsburgh, PA 15219
lowdenscott@gmail.com



Stipulated by:

 /s/ Richard A. Monti
Richard A. Monti, Esq.
Peters Township
525 William Penn Place, Suite 3110
Pittsburgh, PA 15219



cc:   All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Andrew Wayne Alexas

    Debtor

Case No. 22-21975-GLT

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2

Date Rcvd: May 20, 2026      Form ID: pdf900      Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Andrew Wayne Alexas, 478 East McMurray Road, McMurray, PA 15317-3140 |
| cr | + | Peters Township, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, Pa 15219 UNITED STATES 15219-1753 |
| 15520966 | + | Cavalry SPV 1 LLC, c/o David Apothaker, Esqs., 520 Fellowship Road, C306, P.O. Box 5496, Mount Laurel, NJ 08054-5496 |
| 15520970 | + | Lakeview Loan Servicing LLC, c/o Keoth Leonard, Esq., 1515 Market Street, Suite 1800, Philadelphia, PA 19102-1918 |
| 15561116 | + | Peters Township, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, St. 3110, Pittsburgh, PA 15219-1753 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | May 21 2026 01:31:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15520965 | + | Email/Text: bankruptcy@cavps.com | May 21 2026 01:31:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 15528496 | + | Email/Text: bankruptcy@cavps.com | May 21 2026 01:31:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 15520967 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 21 2026 01:31:00 | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 15520968 | + | Email/Text: pitbk@weltman.com | May 21 2026 01:31:00 | Discover Bank, Weltman Weinberg & Reis, 436 7th Ave., Suite 2500, Pittsburgh, PA 15219-1842 |
| 15524862 | | Email/Text: mrdiscen@discover.com | May 21 2026 01:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15520969 | + | Email/Text: mrdiscen@discover.com | May 21 2026 01:31:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15525800 | | Email/PDF: resurgentbknotifications@resurgent.com | May 21 2026 01:37:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15542998 | ^ | MEBN | May 21 2026 01:29:18 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15520971 | | Email/Text: camanagement@mtb.com | May 21 2026 01:31:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15520972 | ^ | MEBN | May 21 2026 01:30:03 | Peters Twp School District, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15526642 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 21 2026 01:31:00 | US Department of Education c/o Nelnet, 121 |

District/off: 0315-2                          User: auto                                    Page 2 of 2
Date Rcvd: May 20, 2026                       Form ID: pdf900                              Total Noticed: 17

South 13th Street, Lincoln, NE 68508-1911

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15520973 | ##+ | Recivable Mgmt / Progressive Insurance, Attn: Bankruptcy, 240 Emery Street, Bethlehem, PA 18015-1980 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 22, 2026                      Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com lemondropper75@hotmail.com;agilbert@bernsteinlaw.com |
| David A. Rice | on behalf of Debtor Andrew Wayne Alexas ricelaw1@verizon.net  lowdenscott@gmail.com |
| Jeffrey R. Hunt | on behalf of Creditor Peters Township jhunt@grblaw.com |
| Matthew Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Andrew Wayne Alexas lowdenscott@gmail.com |

TOTAL: 7