IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 22-21975-GLT |
| | ) | |
| Andrew Wayne Alexis, | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | |
| | ) | Doc. No. |
| Andrew Wayne Alexis, | ) | |
| | ) | |
| Movant(s) | ) | |
| | ) | |
| No Respondent, | ) | |
| | ) | |
| Respondent(s) | ) | |

CERTIFICATE OF SERVICE OF ORDER APPROVING FEE APPLICATION

I, David A Rice, Esq., certify under penalty of perjury that I served the above captioned Order at DN 65 on the parties at the addresses listed below on October 19, 2026 by US Postal Service First Class Mail:

Ronda Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of US Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

Andrew Alexas
487 East McMurray Road
McMurray, PA. 15317

ALL CREDITORS LISTED ON THE ATTACHED MATRIX.

EXECUTED ON: October 19, 2026

By: /s/ David Rice
David A Rice, Esq.
PA I.D. 50329
Rice & Associates Law Firm
75 E. Maiden St., Suite 101A
Washington, PA 15301
(724) 225-7270
ricelaw1@verizon.net

Cavalry Portfolio Services
Attn: Bankruptcy
500 Summit Lake Drive, Suite 400
Vahalla, NY 10595

Cavalry SPV 1 LLC
c/o David Apothaker, Esqs.
520 Fellowship Road, C306
P.O. Box 5496
Mount Laurel, NJ 08054

Dept of Ed/Nelnet
Attn: Bankruptcy Claims/Nelnet
Po Box 82505
Lincoln, NE 68501

Discover Bank
Weltman Weinberg & Reis
436 7th Ave., Suite 2500
Pittsburgh, PA 15219

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

Lakeview Loan Servicing LLC
c/o Keoth Leonard, Esq.
1515 Market Street
Suite 1800
Philadelphia, PA 19102

M & T Bank
Attn: Bankruptcy
Po Box 844
Buffalo, NY 14240

Peters Twp School District
c/o Jordan Tax Service
102 Rahway Road
McMurray, PA 15317

Recivable Mgmt / Progressive Insurance
Attn: Bankruptcy
240 Emery Street
Bethlehem, PA 18015