IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 22-21975-GLT |
| | ) | |
| Andrew Wayne Alexas, | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | |
| | ) | Doc. No. |
| Andrew Wayne Alexas, | ) | |
| | ) | |
| Movant(s) | ) | |
| | ) | |
| No Respondent, | ) | |
| | ) | |
| Respondent(s) | ) | |

CERTIFICATE OF SERVICE OF STIPULATED ORDER MODIFYING PLAN

I, David A Rice, Esq., certify under penalty of perjury that I served the above captioned Order at DN 68 on the parties at the addresses listed below on October 22, 2026 by US Postal Service First Class Mail:

Ronda Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of US Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

Andrew Alexas
478 East McMurray Street
McMurray, PA. 15317

ALL CREDITORS LISTED ON THE ATTACHED MATRIX.

EXECUTED ON: October 22, 2026

By: /s/ David Rice
David A Rice, Esq.
PA I.D. 50329
Rice & Associates Law Firm
75 E. Maiden St., Suite 101A
Washington, PA 15301
(724) 225-7270
ricelaw1@verizon.net

**22-21975-GLT** Andrew Wayne Alexas
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Chief Bankruptcy Jud:** Gregory L Taddonio
**Date filed:** 10/06/2022 **Date of last filing:** 10/21/2026 **Plan confirmed:** 02/10/2023

# Creditors

| | |
|---|---|
| **Cavalry Portfolio Services**<br>Attn: Bankruptcy<br>500 Summit Lake Drive, Suite 400<br>Vahalla, NY 10595 | (15520965)<br>(cr) |
| **Cavalry SPV 1 LLC**<br>c/o David Apothaker, Esqs.<br>520 Fellowship Road, C306<br>P.O. Box 5496<br>Mount Laurel, NJ 08054 | (15520966)<br>(cr) |
| **Cavalry SPV I, LLC**<br>PO Box 4252<br>Greenwich, CT 06831 | (15528496)<br>(cr) |
| **Dept of Ed/Nelnet**<br>Attn: Bankruptcy Claims/Nelnet<br>Po Box 82505<br>Lincoln, NE 68501 | (15520967)<br>(cr) |
| **Discover Bank**<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | (15524862)<br>(cr) |
| **Discover Bank**<br>Weltman Weinberg & Reis<br>436 7th Ave., Suite 2500<br>Pittsburgh, PA 15219 | (15520968)<br>(cr) |
| **Discover Financial**<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054 | (15520969)<br>(cr) |
| **Lakeview Loan Servicing LLC**<br>c/o Keoth Leonard, Esq.<br>1515 Market Street<br>Suite 1800<br>Philadelphia, PA 19102 | (15520970)<br>(cr) |

| | |
|---|---|
| **Lakeview Loan Servicing, LLC**<br>c/o M&T Bank<br>P.O. Box 840<br>Buffalo, NY 14240-0840 | (15542998)<br>(cr) |
| **LVNV Funding, LLC**<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (15525800)<br>(cr) |
| **M & T Bank**<br>Attn: Bankruptcy<br>Po Box 844<br>Buffalo, NY 14240 | (15520971)<br>(cr) |
| **Peters Township**<br>GRB Law<br>c/o Jeffrey R. Hunt, Esquire<br>525 William Penn Place, St. 3110<br>Pittsburgh, PA 15219 | (15561116)<br>(cr) |
| **Peters Twp School District**<br>c/o Jordan Tax Service<br>102 Rahway Road<br>McMurray, PA 15317 | (15520972)<br>(cr) |
| **Recivable Mgmt / Progressive Insurance**<br>Attn: Bankruptcy<br>240 Emery Street<br>Bethlehem, PA 18015 | (15520973)<br>(cr) |
| **US Department of Education c/o Nelnet**<br>121 South 13th Street<br>Lincoln, NE 68508 | (15526642)<br>(cr) |

## PACER Service Center

### Transaction Receipt

10/22/2026 09:32:06

| | | | |
|---|---|---|---|
| **PACER Login:** | ricelaw1 | **Client Code:** | |
| **Description:** | Creditor List | **Search Criteria:** | 22-21975-GLT Creditor Type: All |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |